# NOTICE OF CONTRACT TORT CLAIM

as Sole Exclusive Remedy Under Necessity
VIA U.S MAIL CERTIFIED MAIL RECEIPT#

7021 2720 0001 1985 1503

3:22CV850 BJD-PDB

Private Administrative Process concluded and evidenced herein
**MONEY OF ACCOUNT CLAIM FOR DAMAGES BASED UPON AGREEMENT AND STIPULATION AND CONFESSION VIA GENERAL ACQUIESCENCE**

**THIS IS A PRIVATE COMMUNICATION BETWEEN THE PARTIES
NOTICE TO AGENT IS NOTICE TO PRINCIPAL
NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA
2022 AUG -5 AM 9:53
FILED

**NOTICE:** UCC-4 PRIVATE SECURITY AGREEMENT – NON-NEGOTIABLE TRUE BILL - AGREEMENT OF THE PARTIES ESTABLISHED UPON DEFAULT - THIS IS EVIDENCE OF A DEBT AND A SECURITY [15 USC] – THIS IS A U.S.S.E.C. TRACER FLAG – NOT A POINT OF LAW – THIS IS A WARNING FOR COMMERCIAL GRACE AND NOTICE OF COMMERCIAL LIEN FOR VIOLATIONS AND INJURIES AS ENUMERATED HEREIN – THIS IS A COMMERCIAL, NON-JUDICIAL, NON-COMMON LAW PROCESS.

**Special Appearance, by way of,**
Claimant, N V Pharaoh {Being Entitled},

------------------------------------------------------------------

------------ 'Living Soul', 'Ship Master', and
Beneficiary Principal
Authorized Representative – Attorney-In-Fact
On behalf of SS. NV PHARAOH, Ens Legis
Public Law 91-371, Section 403
United States of America
All Rights Reserved
Sui Juris

3405 Hickorynut street
Jacksonville, Florida 32208

**CITY OF JACKSONVILLE,**
**JACKSONVILLESHERIFF'S OFFICE,**
**DUVAL COUNTY PUBLIC SCHOOLS,**
**DEPARTMENT OF CHILDREN & FAMILIES, ET**
**AL. RESPONDENTS**
City of Jacksonville Risk Management
117 West Duval Street
Suite 335
Jacksonville, FL  32202

2

# NOTICE OF CONTRACT TORT CLAIM
With Assessment and Damages Included

The Claimant, NV Pharaoh {Being Entitled},'Living Soul', 'Ship Master', and Beneficiary, for the ENS LEGIS, SS. NV PHARAOH, hereby presents said PRIVATE INTERNATIONAL NOTICE OF CONTRACT TORT CLAIM with assessment and damages included, is presented as a matter of rights, arising out of private injuries, violations of due process of law, violation of State and Federal Statutes, violation of equal protection of the law, fraud, dishonor and otherwise as set out below, thereby causing injury to the above Claimant's right to life, liberty and the pursuit of happiness, and otherwise... You are hereby notified of "Notice of Claim" and "Lien Claimant's" exclusive remedy pursuant to **Title Sec. 5. Section 2679 (b) of Title 28 United States Code. (P.L. 100-694; 102 Stat. 4563: 28 U.S.C. 2671 (NOTE), 2674, 2679 (NOTE) b and d)** and Statute, applicable under the **Pari Materia Rule**.

### ESTOPPEL BY ACQUIESCENCE

In the event TORTFEASOR admits the statements and claims by TACIT PROCURATION, all issues are deemed settled RES JUDICATA, STARE DECISIS and COLLATERAL ESTOPPEL. TORTFEASOR may not argue, controvert, or otherwise protest the finality of the administrative findings in any subsequent process, whether administrative or judicial. Any action(s), by TORTFEASOR(s), in any court or other forum, undertaken against Declarant, outside this Administrative Remedy by TORTFEASOR(s), is a trespass against Declarant and will result in an increase in the amount of the True Bill of ten (10) times the original amount and will continue to increase in the same amount of any additional trespasses.

TORTFEASOR may agree and admit to all statements and claims made by Declarant by TACIT PROCURATION by simply remaining silent. TORTFEASOR is granted 21 days to respond to the statements and claims herein and/or to provide TORTFEASOR's own answers to inquiries.

### DEFINITIONS

The term "Affiant" means NV Pharaoh, living flesh and blood actual man, non-legal fiction creditor and secured party, injured party, Claimant, Declarant.

The term "TORTFEASOR" means those opposing parties in this instant action as they appear in fiction, Stramineus homo, Commercial Strawman, person, individual.

The term "Declarant" means NV Pharaoh, living flesh and blood actual man, non-legal fiction creditor and secured party, injured party, Affiant, Claimant.

The term "NV PHARAOH" means non-living entity, Stramineus homo, Commercial Strawman, artificial entity, legal fiction, NV PHARAOH, 592-XX-XXXX.

## PART 1

**STATEMENT OF FACTS**
See AFFIDAVIT OF TRUTH

Beginning on on 4/26/2019 at 12:52pm at Pinedale Elementary School, upon arriving too pick up my daughter T▇ J▇ from school, the material grandmother Patricia M Walker and ▇ oldest sister Nya Kendrick, was observed at the school [ This comes 24 after the mother of my Child Terry Carilla Mestres-Junque was pronounced brain dead. This came after a week prior that my daughter, who was 10 years old at the time of the incident, came home from the named school to find her mother laying on the side of the bed and did have a stroke over the course of the time she was at school. After which said time by law guardianship is automatically transferred to the surviving parent, unless there was some impact within the courts that stated otherwise. 787.03 Interference with custody. ( 1) (2)] which the Father NV Pharaoh was well in his rights as the surviving competent parent. The only authorized people that was able to pick up the child ▇ was the Father, his oldest sister ▇ and Father's Mother Dorothy Searcy within the authorization green card within Pinedale Elementary in which the staff within the Duval Public school was fully aware of] attempting to remove the child ▇ from the school after the Mother of the child was pronounced incapacitated without lawful grounds nor consent of the Father NV Pharaoh. The Father then addressed the concerns with the acting principal at the time, then instructed the unknown party to contact the Jacksonville Public School resource Officer on scene to address the matters at hand. Once the OFFICER ID Number #79986 in report and body cam case number # 2019002295035 and 911 call number # 20190029010 arrived on at Pinedale Elementary all the prior events were given to the Officer, which it was explained to the maternal grandparent and the child oldest sibling that the father NV Pharaoh by law has all legal rights to his child ▇ and if he wants to take his child right now, by law he has every right to do so. After which the father agreed that the child could spend the night with the grandmother in light of her mother just passing away, and that he would pick her up within the day or two. After the funeral service which was located in Miami Florida the child came back up to the grandmother and sibling, and continued going to Pinedale Elementary while the father was allowing the grandmother to spend time with the grandchild ▇ after the traumatic experience on the day of 05/16/2019 the grandmother was notified by the father NV Pharaoh that the father would be coming to pick his daughter up from school and coming over to get all of the child belonging the next day on 05/17/2019 that he gets off work, But on the next day the father went to Pinedale Elementary and was notified that someone had picked her up after school was over. After contacting grand-mother Patricia M Walker, oldest sister ▇ ▇ no contact was able to be established, after multiple attempts. So the father then went to the prior resident of the mother of his child at the address of at the 720 Luna Street, Jacksonville Florida 32205, where the Father's was approached by the husband [ Steven Mestres-Junque] of the late Mother of the child and threatened with a loaded firearm, upon the father arriving and inquiring about the whereabouts of his child, in to which the subject responded the child is in Miami. The father then called JSO to come

4

out to the scene, in which upon their arrival the Jacksonville Sheriff Officers C.E. Frederick # 72579 and Unknown named Officer ID # 6186 in report # 2019-0347098 did

Discriminate against the Father NV Pharaoh within a Bias manner, and upon learning all information of the prior events of that day and the previous incident at Pinedale Elementary School the named Officer's did refuse to place a Amber Alert out within the states systems, nor filing a missing child report and treat the father within a criminal manner, after just losing the Mother of his child, then his child had been taking outside of the city limits aka Kidnapped without his consent , and have a firearm brandish at him and threatened to do bodily harm by the deceased mother's husband.
After which time the Father NV Pharaoh made contact with the Department of children and Family and filed a report of said Kidnapping, after the multiple failed attempts of filing a missing persons or kidnapping report byway of Jacksonville Sheriff's Offices. Investigation did began which the unknown named DCF investigator made contact with the grandmother and willfully knew the whereabouts of the father's child but did refuse to provide the father with the information being discriminatory because the father was a black male. But did have all and every rights to his daughter once the mother passed away.
But to no avail since Jacksonville Sheriff's Office, Duval County Public School, and Department of Childerens and Family, was not willing to provide assistance in no form nor fashion under the Sworn Duties and Oath of Office , the Father NV Pharaoh took it upon himself, to take this matter into a judicial proceeding to seek justice once and for all. So the family filed the correct custody order paper within the Duval Circuit Court Fourth Judicial Circuit Case No. 16-2019-DR-003788-FM. Which a Emergency Pick-up order was denied by the court that was filed by the father on 06/24/2019, which the Father mistakenly thought was granted, being under a great deal of mental anguish for over a month with losing the mother of his child, then 10 year old daughter being taken unjustly without grounds nor contest, then the City of Jacksonville and agents failure to assist the father in any way form not fashion, thus the father not being in the right state of mind assume mistakenly that the Emergency Pick up order was granted on 06-24-2019, so the father, but trying for the 2nd time file a missing person report with Jacksonville Sheriff's Office, Continuing on 06/26/2019 located at 501 Bay Street, Jacksonville Florida 32202 within Police Report Number # 2019-0442780 Involving Jacksonville Sheriff's Officers J.A. Jones #46915, E.G. Crawford and Jacksonville Sheriff's Supervisor M.W. Moon #7541 , denied the father to file a missing child report instead choose to treat the father in a criminal manner by way of violation of civil rights and discriminating against him for being a black male that trying to get his child back after his explained on numerous occasions on the recorded body cam with Jacksonvill;e Sheriff's Office, Duval County Public School and Department of children and family with investigator I did not get anybody regardless of which family member she was with contest nor authorization to take my child. [ But if this same situation had been me male that took a child without permission, an amber alert would have been put out the first day with no question. But it's been going on for a month and a half and the father still had no clue of the whereabouts of his child, nor her mental state of mind.]

But to no avail the father NV Pharaoh did not give up even after being under a great deal of PTSD after dealing with everything. On the day next day June 25, 2019 within the Fourth Judicial Circuit Court the General Magistrate Judge made her ruling as follows:
E. The child was residing with the Mother the Majority of the time until the Mother's death, The Father was exercising time-sharing on a regular basis prior to the Mother's

sudden death. When the Mother died the maternal grandmother came to Jacksonville to stay with the minor child [ which was 10 years old at the time]. The Father agreed the child could remain at the home and the grandmother would care for the child until the end of the school year. The grandmother asked the father to allow her to have temporary custody of the child for a year, The father refused her request, The grandmother removed the child from school on May 14, 2019 without the Father's permission [ Kidnapping ] and took the child to South Florida.
F. The Father's motion for child pick-up order should be granted and the child should be IMMEDIATELY placed in the Father's Care.
Signed, Joanna G. Houser. General Magistrate Judge.

So after all this fighting the Father's had to do because of the discrimation of him being a Black Man, that changed his life around that had a Good job, his own 2 bedroom Apartment and 2 forms of transportation, The City of Jacksonville jointly and severally with Jacksonville Sheriff's Office, Duval County Public School and Department of Children's and Family, did discriminate with Willful intent, within a Basi manner [against a young black father that change his entire life along for his kids] in which after the courts verified statement under the color of law the The City of Jacksonville jointly and severally with Jacksonville Sheriff's Office, Duval County Public School and Department of Children's and Family did willfully and intentionally AIDED and ABETTING the grandmother in the kidnapping of his daughter with zero regards to any of the information that the Father NV Pharaoh Provided, Thus violating multiple State and Federal Laws within the United States of America Constitution Amendment which is daughter was and still is to this day NV Pharaoh Property and not ward of the State.

After the father finally able to pick up is daughter did have stockholm syndrome, depression, anxiety just to name a few, that caused her to not want to be around the child's Father, Grandmother, the Father's Oldest child being her sister, nor anybody because of the brainwashing tactics that the maternal grandmother had attempted to use of the Father's child, too hate her only surviving parent, which the father spent together which loving and caring family member help years to build some of what was broken within his child due to the incident occurring. Now that the Father's child has gotten older and relates to being open minded about a lot that has happened within her life, with her.

Mom passing away and being taken by her grandmother, the Father is about to get his counseling as soon as possible. Because the Father did not want to pressure his daughter into doing something that she did not want to do at 10 years old, but now the Father's his willing to be able to talk to a therapist about everything she had been dealing with mentally as a child so that it does not hinder her adult life.

I father did attempt to make contract with the City of Jacksonville byway of Risk Management on 06/28/2022 by place to said office that the Father NV Pharaoh would like to provide information so that someone from the City of Jacksonville can reach of to the Father concerning the incident, which he did drop on servall document to be reviewed until he is provided additional information on what needs to be done on his end, with additional information, sworn statements, witness. Video and sofourth, but to no avail the City of Jacksonville open and close the investigation without obtaining, requesting nor giving me the ability to prepare THIS Statement of Fact as Discovery within their investigation. Thus covering up the incident without a proper investigation, then took it upon themselves, to make place the Father the UNDER DURESS, by making an

insinuation that claiming a false claim or making false or incomplete is a third degree felony. That several failed attempts to make contact to have the case opened and investigated properly By General Liability Adjuster Angela Kimbrough, Pamela Conoly Public Liability Claims Manager

## PART 1.1
## AFFIDAVIT OF CLAIMANT'S INJURIES

## PART 1.2
## ASSESSMENTS OF DAMAGES SUSTAINED BY CLAIMANT

1. **Discrimination - 2,500,000.00**
2. **Willful / Intentional Negligence - 1,500,000.00**
3. **Defamation of Character – 1,500,000.00**
4. **Mental Auglish – 2,500.000.00**

## PART.2
## TERMS & CONDITIONS

### DEMAND
Claimant herein demands the sum certain of Eight Million Dollars in functional currency ($8.000,000.00) for damages sustained, as set out herein, as a result of the damage, Discrimination, Willful/ Intentional Negligence, Defamation of Character, Mental Auglish.

1. The Respondents, **CITY OF JACKSONVILLE FLORIDA, JACKSONVILLE SHERIFF'S OFFICE, DUVAL COUNTY PUBLIC SCHOOL'S, DEPARTMENT OF CHILDREN'S & FAMILIES, ET AL.,** shall authorize both named **TORTFEASOR CORPORATIONS** to indemnify the Claimant NV Pharaoh, in the amount of $8,000,000.00 (Eight Million dollars) in useful money or credit.

# ANSWER

7

2. The Respondents, **CITY OF JACKSONVILLE FLORIDA, JACKSONVILLE SHERIFF'S OFFICE, DUVAL COUNTY PUBLIC SCHOOL'S, DEPARTMENT OF CHILDREN'S & FAMILIES, ET AL.** shall answer this Tort Claim within (21) days of Certified Mailing Receipt 'Proof of Claim'. Each answer shall be made under oath:

   a. The named TORTFEASOR(s), shall bring forth "Proof of Claim" and "Proof of Show" and Intentional Tort was not violated against the said Claimant; while being known as state citizen within the inhabitants of the State of Florida Corporation Foreign Port.

   b. State in plain terms its defense, if any, to each and every claim against them, and produce admissible- best-evidence to support any defense(s) asserted;

   c. DENIAL responding to the substance: A denial shall properly respond to the CONTRACT CLAIM, and which shall be supported by admissible-best-evidence shall as the 1st Administrative Grievance Procedure Part completed and will serve as a CONFESSIONAL JUDGMENT.

   d. Effect to failing to deny/produce; Each claim brought by the said Claimant NV Pharaoh {Being Entitled}, 'Living Soul', 'Ship Master' and Beneficiary, for the ENS LEGIS, SS. NV PHARAOH is admitted and agreed to, if the terms in sub-paragraphs a. or b. and c. are not met accordingly.

**EFFECTS OF DEFAULT**

3. The Respondents, **CITY OF JACKSONVILLE FLORIDA, JACKSONVILLE SHERIFF'S OFFICE, DUVAL COUNTY PUBLIC SCHOOL'S, DEPARTMENT OF CHILDREN'S & FAMILIES, ET AL..**, should elect to remain silent or refuse to otherwise defend, that failure self-demonstrate an absolute admission and stipulation to the claim, and agreement to the Payment of the damages made herein; and the named TORTFEASOR(s), shall by such default and acquiescence, firmly bind themselves, their heirs and legal representatives forever, in which the Claimant NV Pharaoh {Being Entitled},'Living Soul', 'Ship Master', and Beneficiary, for the ENS LEGIS, SS. NV PHARAOH (Secured Party Creditor), and The Respondents, **CITY OF JACKSONVILLE FLORIDA, JACKSONVILLE SHERIFF'S OFFICE, DUVAL COUNTY PUBLIC SCHOOL'S, DEPARTMENT OF CHILDREN'S & FAMILIES, ET AL.** , being DEBTORS in the obligation.

4. **The failure to ANSWER the Claim properly within (21) days grants** Claimant, NV Pharaoh {Being Entitled}, 'Living Soul', 'Ship Master', and Beneficiary, for the ENS LEGIS, SS. NV PHARAOH; a continuing first Security interest and Commercial Lien (UCC-1 Financial Statement) in the following:

   All bank accounts, stocks, bonds, securities, insurance policies, accounts receivables, lots and squares, vacant lands, edifices, buildings, personal properties, archives and documents which are related.

   Directly to The Respondents, **CITY OF JACKSONVILLE FLORIDA, JACKSONVILLE SHERIFF'S OFFICE, DUVAL COUNTY PUBLIC SCHOOL'S, DEPARTMENT OF CHILDREN'S & FAMILIES, ET AL.** , jointly and severally upon the Claimant, NV Pharaoh {Being Entitled}, 'Living Soul', 'Ship Master', and Beneficiary, for the ENS LEGIS, SS. NV PHARAOH; shall publicly file a photocopy of the claim as a Security Agreement and Financial Statement. The Security
   Agreement continues up to, and on the moment of Full Settlement and Closure of the claim.

5. The lien will constitute a continuing security interest upon the Claimant, NV Pharaoh{Being Entitled}, 'Living Soul', 'Ship Master', and Beneficiary, for the ENS LEGIS, SS. NV PHARAOH; by way of Secured Party Creditor, shall publicly file photocopy.

6. Claimant, NV Pharaoh {Being Entitled}, 'Living Soul', 'Ship Master', and Beneficiary, for the ENS LEGIS, SS. NV PHARAOH has the right of Assignment; and shall be empowered to inspect, protect, preserve and enforce said Security Interest(s) in any, and all affected collateral, specifically named.

**SETTLEMENT OF CLAIM**

7. The payment of this claim shall be made by The Respondents, **CITY OF JACKSONVILLE FLORIDA, JACKSONVILLE SHERIFF'S OFFICE, DUVAL COUNTY PUBLIC SCHOOL'S, DEPARTMENT OF CHILDREN'S & FAMILIES, ET AL.**, jointly and severally, either immediately or by creation of stock and bonds bearing interest of four (4) % per annually, or in such manner as such payment may be prescribed by International Law, Without Prejudice, and Without Recourse reserved Right of Claimant, NV Pharaoh {Being Entitled}, 'Living Soul', 'Ship Master', and Beneficiary, for the ENS LEGIS, SS. NV PHARAOH;

# STATUS, IMMUNITIES AND PRIVILEGES

8. This claim becomes a **SELF- EXECUTING AGREEMENT/ CONFESSIONAL JUDGMENT CONTRACT CLAIM NOTICE**, on the date of Default, (21) days in which the Certified Mailing Receipt Proof of Service upon The Respondents, **CITY OF JACKSONVILLE FLORIDA, JACKSONVILLE SHERIFF'S OFFICE, DUVAL COUNTY PUBLIC SCHOOL'S, DEPARTMENT OF CHILDREN'S & FAMILIES, ET AL.**;

9. The agreement shall possess full juridical personality, and particular capacity to:

    B. To acquire and dispose of immovable and movable property; and

    C. Top institute legal proceedings.

10. The agreement, its property and its assets, wherever located and by whomever held, shall enjoy immunity from every form of judicial process except to the extent that an action may be instituted to enforce the payment of the claim, in a competent jurisdiction.

11. Property and assets of the agreement, wherever located and by whomever held, for the benefit of the Claimant, **NV Pharaoh {Being Entitled}**, 'Living Soul', 'Ship Master', and Beneficiary, for the ENS LEGIS, **SS. NV PHARAOH**; shall be immune from search, requisition, confiscation, expropriation, or any other form of seizure by executive or legislative.

12. The Archives of the Agreement shall be inviolable.

13. To the extent necessary to carry out the terms provided for the agreements, all property and assets of the Agreement shall be free from restrictions, and moratorium of any nature.

14. Claimant, NV Pharaoh {Being Entitled}, 'Living Soul', 'Ship Master', and Beneficiary, for the ENS LEGIS, SS. NV Pharaoh; and The Respondents, **CITY OF JACKSONVILLE FLORIDA, JACKSONVILLE SHERIFF'S OFFICE, DUVAL COUNTY PUBLIC SCHOOL'S, DEPARTMENT OF CHILDREN'S & FAMILIES, ET AL.**, agrees that ANY AND ALL SHERIFF'S OR UNITED STATES MARSHALS, have the power to enforce the TERMS & CONDITIONS of the Agreement, enforceable at the moment of default.

15. This Agreement enjoys full force and effect on the date of default.

## AFFIRMATION

I HEREBY AFFIRM, that I have prepared this **Notice of Contract Tort Claim** with **Assessment and Damages** included, I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Notary

Bobbie B. Parker
Comm. #GG957635
Expires: Feb. 18, 2024
Bonded Thru Aaron Notary

7/25/2022

By _____
Claimant, **NV Pharaoh {Being Entitled}**,
'Living Soul', 'Ship Master',
and Beneficiary, for the ENS LEGIS,
SS. NV PHARAOH;

11